IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEFFREY MORGAN,
        Plaintiff,

v.                                               No. 21-cv-01139 JHR/GBW

XAVIER BECERRA, Secretary,
Department of Health and Human
Service,
        Defendant.

## ORDER EXPANDING PAGE LIMIT

THIS MATTER comes before the Court on Defendant's Opposed Motion for Extension of Exhibit Pages for Motion for Summary Judgment (Doc. 78). Plaintiff's response in opposition to the Motion was due May 2, 2024, fourteen days after the Motion was filed. *See* D.N.M.LR-Civ. 7.4(a). No response was filed. "The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." D.N.M.LR-Civ. 7.1(b). The Court, having read the Motion and being otherwise sufficiently advised, FINDS that the Motion is well-taken and it is hereby GRANTED.

IT IS HEREBY ORDERED that page limit for exhibits to Defendant's Motion for Summary Judgment and Supporting Memorandum (Doc. 79) is expanded by forty-three (43) pages for a page limit of ninety-three (93) pages for Defendant's Motion for Summary Judgment and Supporting Memorandum.

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE