IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DR. JEFFREY MORGAN,

    Plaintiff,

v.                                                                    No. 1:21-cv-01139-JHR-GBW

XAVIER BECERRA, Secretary,
Department of Health and Human
Services, Indian Health Service,

    Defendant.

## **JUDGMENT**

Having granted Defendant's Motion for Summary Judgment and denied Plaintiff's Motion for Leave to File a Second Amended Complaint and Jury Demand by Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

                                                                JERRY H. RITTER
                                                                U.S. MAGISTRATE JUDGE
                                                                PRESIDING BY CONSENT